# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00246-CV

**Inland American Round Rock University Oaks Limited Partnership, Appellant**

**v.**

**Cindy North, Individually and d/b/a The Look Salon and as Representative and Heir of Steve North, Deceased, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT NO. 12-0653-C368, HONORABLE BURT CARNES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellee provided this Court with notice of her filing for bankruptcy (*In re: Cindy Lee Hagan f/d/b/a North Resource, Inc., f/d/b/a The Look Fashion Salon, Inc., f/k/a Cindy Lee North*, United States Bankruptcy Court, Western District of Texas, Austin Division, Chapter 7, Cause No. 13-11733). Accordingly, this appeal is stayed. *See* 11 U.S.C. § 362(a); Tex. R. App. P. 8.2. Any party may file a motion to reinstate upon the occurrence of an event that allows the appeal to proceed. *See* Tex. R. App. P. 8.3(a).

Before Justices Puryear, Rose, and Goodwin

Bankruptcy

Filed:   August 15, 2014